# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 22, 2024

## NO. 03-22-00276-CV

**Texas State Library and Archives Commission, Appellant**

**v.**

**Corey Westmoreland, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
## REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on April 25, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's partial denial of the Commission's plea to the jurisdiction as to Westmoreland's counterclaims and render judgment granting the plea as to Westmoreland's remaining counterclaims. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.